UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIAN MACH UYU (A-240-099-890),<br>Petitioner,<br>v.<br>ERNESTO SANTACRUZ, et al.,<br>Respondents. | No. 1:26-cv-03180-DC-CSK (HC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(ECF Nos. 14, 19) |

Petitioner filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. (ECF No. 1.) The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

Respondents and Petitioner notified the court that Petitioner was removed from the United States on May 15, 2026. (ECF Nos. 16, 18.) On June 4, 2026, the magistrate judge filed findings and recommendations herein which were served on all parties and contained notice that any objections to the findings and recommendations were to be filed within seven days. (ECF No. 19.) Neither party filed objections to the findings and recommendations.

The court presumes that any findings of fact are correct. See Orand v. United States, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). The court has reviewed the file and finds the findings and recommendations to be supported by the record and

by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed on June 4, 2026 (ECF No. 19), are ADOPTED;

2. Respondents' motion to dismiss (ECF No. 14) the pending petition as moot in light of Petitioner's removal from the United States on May 15, 2026, is GRANTED;

3. Petitioner Julian Mach Uyu's (A-240-099-890) application for a writ of habeas corpus (ECF No. 1) is DISMISSED as moot; and

4. The Clerk of the Court is directed to enter judgment for Respondents and to close this case.

IT IS SO ORDERED.

Dated: **July 20, 2026**

Dena Coggins
United States District Judge